

# Fourth Court of Appeals
## San Antonio, Texas

May 22, 2015

No. 04-15-00146-CV

**IN THE INTEREST OF S.W.B.-L.ET AL,**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-PA-02179
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

   Appellant Candelario Hernandez brief was originally due on May 12, 2015. On May 18, 2015, Appellant filed his first request for an extension of time, requesting an additional twenty days. Appellant's motion is GRANTED. This Court's show cause order issued May 19, 2015 is satisfied. Appellant's brief is due to be filed with this court *no later than June 8, 2015*. *Absent extenuating circumstances, no further extensions will be given.*


_____
Patricia O. Alvarez, Justice


   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of May, 2015.


_____
Keith E. Hottle
Clerk of Court